UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MICHAEL BENDER

       Plaintiff,

V.                                  CIVIL ACTION NO

SECURITY CREDIT SERVICES, LLC

Defendant.                        MARCH 23, 2012

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Mount Savage, MD.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is a collector within the MCDCA.

7. Defendant is a licensed collection agency engaged in the business of collecting

debts in the State of Maryland with a principal place of business located at 2653 WEST OXFORD LOOP, SUITE 108, OXFORD, MS 38655-0000 and is authorized to do business in Maryland.

8. The principal purpose of Defendant business is the collection of debts and Defendant regularly attempts to collect debts alleged to be due another.

9. Defendant is also in the business of purchasing known defaulted debt for pennies on the dollar and then attempts to collect the full face value of the acquisition from consumer debtors.

10. Defendant advertises on their web site that "*Security Credit Services is a privately held receivables, acquisitions and management firm. Unlike many other firms, we are majority owned by management. SCS purchases very specific types of delinquent and charged-off consumer portfolios. We purchase accounts that were recently charged off, as well as warehoused accounts that have been sitting idle for years, and anything in between.*"

11. Defendant communicated with Plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's personal debt originally owed to Lowes though a credit card Plaintiff opened with GE Money Bank.

12. Defendant purchased for pennies on the dollar, a charged off credit card account, allegedly owed by Plaintiff to GE Money Bank in the amount of $1,917.54.

13. The Defendant recently contacted the Plaintiff via written letter dated February 9, 2012 and sent a 1099-C "tax form", fraudulently reporting to the IRS that Defendant discharged $981.32 worth of debt, on an account that Defendant had purchased for pennies on the dollar and the Plaintiff had recently paid the full face value of the purchased account.

14. The Defendant Security Credit Services, LLC is a debt collector pursuant to the FDCPA.

15. The Defendant Security Credit Services, LLC retained another debt collector named, The Law Offices of Rubinstein & Cogan, which sent Plaintiff an initial collection letter on March 1, 2011 attempting to collect $1,917.94 from the Plaintiff.

16. The Defendant Security Credit services, LLC offered to reduce the principal amount owed by the Plaintiff by 50% and advised the Plaintiff that they would accept $958.77 as settlement in full, if payment was received no later than March 25, 2011.

17. The Defendant's collection letter did not have a proper validation of debts clause notice pursuant to §1692g and this was the initial collection communication.

18. The Defendant violated the FDCPA.

19. The Plaintiff contacted the Defendant two times, via certified letter, dated February 18, 2012 and March 10, 2012 disputing that $981 was discharged and disputing that Plaintiff owed income to the IRS as a result of the 50% settlement offer, as the Plaintiff paid the debt in full.

20. Defendant ignored both certified letters from the Plaintiff and to date have failed to take any action to rectify the fraudulent IRS reporting.

21. In the collection efforts, the Defendant violated the FDCPA, § 1692e by misrepresenting the Plaintiff's right to dispute a debt.

22. In the collection efforts, the Defendant violated the FDCPA, § 1692f by making, false, deceptive and misleading statements.

23. The Defendant initiated and caused a law suit to be filed in the District Court of Maryland, Allegany County, against the Plaintiff on June 15, 2011 and received an affidavit judgment on August 19, 2011, for the full amount of this debt, $1,917.54 plus court costs of $73.

24. The Defendant knew this debt was paid in full and filed a satisfaction of debt on October 13, 2011.

25. The Defendant caused to be sent a 1099-C, cancelation of debt tax form for forgiveness of debt to the IRS and a copy to the Plaintiff in the amount of $981.32, which Defendant marked off on the tax form, that it cancelled $981.32 in debt on October 2011.

26. Defendant statement is false, deceptive and misleading and in violation of §1692e

27. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e and g.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.

2. Award Plaintiff costs of suit and a reasonable attorney's fee.

3. Award such other and further relief as this Court may see fit.

THE PLAINTIFF

BY /S/ Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com